

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MAP RESOURCES, INC., PECOS BEND ROYALTIES, LLLP, PBR PROPERTIES JOINT VENTURE, and TOMMY VASCOCU, | § § § § | No. 08-24-00088-CV <br><br> Appeal from the |
| Appellants, | § | 143rd Judicial District Court |
| v. | § | of Reeves County, Texas |
| STEPHEN L. MITCHELL, JANIE MITCHELL BELEW, LISA MITCHELL SEIGMANN, and LINDA MITCHELL STAPLETON, | § § | (TC# 15-06-21057-CVR) |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause for further proceedings in accordance with this Court's opinion. We further order that each party shall pay one half the costs of this appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF DECEMBER 2024.


LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.
Palafox, J., concurring